# EXHIBIT C



# Invoice

04-24-09

ROBERT BOSCH Corp. Autom. Group

Accounting Payable Department
Farmington Hills, MI  48333

US

Handed over to Mr. Gregg Wright

Copy to Mr. John Hutcheson

Equipment for H-Block production:

These costs are amortized per set with 1.26 USD, start date 01-20-2009.

delivered quantity from January, 20 - April, 24   2009: 281,950 sets

price: 1.26 USD

TOTAL:                                                          355.257 USD

Beginning with the shipping date Monday, 27 2009, the H-Block price will increase by 0.63 USD per part. (1.26 USD per set)

Gerresheimer Wilden Plastics (USA), L.P.

Sabine Wagner
650 Highway 74 South
Peachtree City, GA 30269 / USA